[USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DATE FILED: 16 FEB 2010]

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 11, 2010

**SO ORDERED**
The conference is adjourned to April 20, 2010 at 9:30 a.m.

16 FEB 2010

George B. Daniels
HON. GEORGE B. DANIELS

BY HAND
The Honorable George B. Daniels
United States District Judge
United States District Court
500 Pearl Street, Room 630
New York, NY 10007

RE:   Export-Import Bank of the United States v. Industria Azucarera Santa Clara, C.A., et al., 09 Civ 9477 (GBD) (HBP)

Dear Judge Daniels:

I am the Assistant United States Attorney assigned to represent the Export-Import Bank of the United States ("Ex-Im Bank" or the "Government") in the above-referenced action. As the defendants in the case have not yet been served with the Summons and Complaint, I am writing to respectfully request a 60-day adjournment of the initial pre-trial conference, currently scheduled for Wednesday, February 17, 2010, until April 19, 2010.

The Government is currently in the process of serving the defendants, two of which are located in Venezuela and two of which are located in Guatemala, by means of the Inter-American Convention on Letters Rogatory and Additional Protocol (also known as the Inter-American Service Convention). Because service is to be effected by authorities in Venezuela and Guatemala, we do not have a reliable estimate of how long that process will take. As soon as service has been effected, the Government will promptly file a certificate of service.

2

Because no defendant has been served or appeared in the matter, we are not sending them a copy of this letter. Of course, we will do so if the Court so directs. I thank the Court for its consideration of this request.

Respectfully,

PREET BHARARA
United States Attorney
Southern District of New York

By: _____
EMILY E. DAUGHTRY
Assistant United States Attorney
Tel.: (212) 637-1579
Fax: (212) 637-2717